UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEONARDO ESQUIVEL,

                    Plaintiff,

vs.                                    Case No.  2:09-cv-251-FtM-29SPC

NAPLES COMMUNITY HOSPITAL,

                    Defendant.
_____


**OPINION AND ORDER**

     This matter is before the Court on consideration of the
Magistrate Judge's Report and Recommendation (Doc. #19), filed
August 24, 2009, recommending that plaintiff's Affidavit of
Indigency (Doc. #12), construed as a Motion to proceed *in forma
pauperis*, be denied and the case be dismissed.  No objections have
been filed and the time to do so has expired.

     After conducting a careful and complete review of the findings
and recommendations, a district judge may accept, reject or modify
the magistrate judge's report and recommendation.  28 U.S.C. §
636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982),
cert. denied, 459 U.S. 1112 (1983).  In the absence of specific
objections, there is no requirement that a district judge review
factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9
(11th Cir. 1993), and the court may accept, reject or modify, in
whole or in part, the findings and recommendations.  28 U.S.C. §
636(b)(1)(C).  The district judge reviews legal conclusions *de*

*novo*, even in the absence of an objection. See <u>Cooper-Houston v.</u>
<u>Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro</u>
<u>Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993),
<u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and
upon due consideration of the Report and Recommendation, the Court
accepts the Report and Recommendation of the magistrate judge. The
case will be dismissed without prejudice to the extent that
plaintiff is able to state a claim for discrimination.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #19) is hereby
**adopted.**

2. Plaintiff's Affidavit of Indigency (Doc. #12), construed
as a Motion to proceed *in forma pauperis*, is **DENIED**.

3. The Clerk shall enter judgment dismissing the case without
prejudice, terminate all deadlines, and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this __13th__ day of
September, 2009.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Unrepresented parties